**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| DEBORAH BARONE,<br><br>    Plaintiff,<br><br>v.<br><br>ETHICON INC. and JOHNSON &<br>JOHNSON,<br><br>    Defendants. | **Civil Action No.** 4:20-cv-03950 |

**ORDER GRANTING PLAINTIFF'S**
**AGREED MOTION TO CONTINUE DOCKET CALL SETTING**
**AND AGREED MOTION FOR SPECIAL TRIAL SETTING**

   ON THIS DAY came for consideration Plaintiff Deborah Barone's Agreed Motion to Continue Docket Call Setting and Agreed Motion for Special Trial Setting. The Court concludes the Motions should be **GRANTED**. Therefore, it is **ORDERED** that the Motion to Continue Docket Call Setting is **GRANTED** and Docket Call in this matter shall be set for _____. It is **FURTHER ORDERED** that Plaintiff's Motion for Special Setting is **GRANTED** and that a trial date at least three months out will be selected at the Docket Call.

   SO ORDERED.

   Signed on _____, at Houston, Texas.


         _____
         Hon. Charles Eskridge
         United States District Judge