United States District Court
Southern District of Texas
**ENTERED**
November 08, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DEBORAH BARONE,<br><br>      Plaintiff,<br><br>v.<br><br>ETHICON INC. and JOHNSON & JOHNSON,<br><br>      Defendants. | **Civil Action No.** 4:20-cv-03950 |

**ORDER GRANTING PLAINTIFF'S**
**AGREED MOTION TO CONTINUE DOCKET CALL SETTING**
**AND AGREED MOTION FOR SPECIAL TRIAL SETTING**

ON THIS DAY came for consideration Plaintiff Deborah Barone's Agreed Motion to Continue Docket Call Setting and Agreed Motion for Special Trial Setting. The Court concludes the Motions should be **GRANTED**. Therefore, it is **ORDERED** that the Motion to Continue Docket Call Setting is **GRANTED** and Docket Call in this matter shall be set for April 25, 2022 at 1:30 p.m. It is **FURTHER ORDERED** that Plaintiff's Motion for Special Setting is **GRANTED** and that a trial date at least three months out will be selected at the Docket Call.

SO ORDERED.

Signed on November 8, 2021, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge