**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| DEBORAH BARONE,<br><br>   Plaintiff,<br><br>v.<br><br>ETHICON INC. and JOHNSON & JOHNSON,<br><br>   Defendants. | **Civil Action No.** 4:20-cv-03950 |

## **SCHEDULING ORDER**

| | | |
|---|---|---|
| 1. | Passed | **AMENDMENTS TO PLEADINGS AND ADDITION OF NEW PARTIES**<br>Party requesting joinder will furnish a copy of this scheduling order to new parties. |
| 2a. | Passed | **EXPERTS**<br>Plaintiff, or party with the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(a)(2). |
| 2b. | Passed | Defendant, or party without the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(a)(2). |
| 3 | Passed | **DISCOVERY**<br>Counsel may, by agreement continue discovery beyond the deadline. No continuance will be granted because of information acquired in post-deadline discovery. |

| | | |
|---|---|---|
| 4. | Passed | **MOTIONS DEADLINE**<br>Including any motion challenging an expert witness. (only motions in limine on issues other than experts may be filed after this date) The motion deadline may <u>not</u> be changed by agreement. |
| 5a. | June 28, 2022 | **JOINT PRETRIAL ORDER**<br>THE DEFENDANT shall supply the Plaintiff with a final version of its pretrial order on this date. (Where available, Defendant should supply Plaintiff with an electronic copy). |
| 5b. | July 1, 2022 | THE PLAINTIFF is responsible for filing the pretrial order on this date. All Motions in Limine must also be filed by this date. |
| 6. | July 18, 2022 | **DOCKET CALL** is set at 1:30 p.m. in Courtroom 8C. |
| 7. | August 8, 2022 | **TRIAL** is set for 9:00 a.m. in Courtroom 8C |

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on _____ at Houston

---

ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE