# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Deborah Barone, et al.

v.                                                                     Case Number: 4:20−cv−03950

Ethicon Inc, et al.

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Alfred H Bennett

**PLACE:**    Courtroom 8C
                 United States District Court
                 515 Rusk Avenue
                 Houston, Texas 77002

**DATE:** 3/22/2022

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Motion Hearing
Motion for Miscellaneous Relief – #140
Motion to Exclude – #141
Motion to Bifurcate – #155

Date:    March 17, 2022

                                                                             Nathan Ochsner, Clerk