# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| DEBORAH BARONE,<br><br>      Plaintiff,<br><br>v.<br><br>ETHICON INC. and JOHNSON & JOHNSON,<br><br>      Defendants. | **Civil Action No.** 4:20-cv-03950 |

## PLANTIFF'S UNOPPOSED MOTION TO CONTINUE HEARING

COMES NOW, Plaintiff Deborah Barone, ("Plaintiff") by and through the undersigned counsel, hereby respectfully submits this Unopposed Motion to Continue Hearing, and states as follows:

1. A Daubert Motion hearing in this matter is currently set for March 22nd, 2022.

2. The parties have conferred and agreed that it would be beneficial to seek a continuance of such hearing due to scheduling conflicts.

3. Plaintiff's counsel is currently set to start a two-week trial on March 22nd, 2022 and Defendants' counsel is unavailable on April 4th - 6th and on April 11th, 2022.

4. The parties have reached mutually agreeable proposed dates for April 7th, 12th, 13th or 14th, 2022.

WHEREFORE, Plaintiff, Deborah Barone, respectfully requests this Honorable Court enter an Order GRANTING Plaintiff's Unopposed Motion to Continue Hearing and continues the hearing

1

to a mutually convenient date.

Date: March 17th, 2021.

                                         Respectfully submitted,

                                         */s/ Alex Barlow*
                                         Alex Barlow
                                         Shrader & Associates, L.L.P.
                                         9 Greenway Plaza
                                         Suite 2300
                                         Houston, TX 77046
                                         BAR #24006798 and S.D. Tex. #1402496
                                         P: 713-782-0000
                                         F: 713-571-9605
                                         Email: barlow@shraderlaw.com

                                         *Attorney for Plaintiff*

## **CERTIFICATE OF CONFERENCE**

On March 17th, 2022, Plaintiff's counsel sent a copy of Plaintiff's Unopposed Motion to Continue Hearing to Defense counsel asking if he would agree to said motion. On March 17th, 2022, Defense Counsel informed that he is in agreement.

                                         */s/ Alex Barlow*
                                         Alex Barlow

# **CERTIFICATE OF SERVICE**

I hereby certify that on March 17th, 2022, a that a true and correct copy of the foregoing was served on counsel of record via the Court's CM/ECF system:

          */s/ Alex Barlow*
          Alex Barlow