IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DEBORAH BARONE,<br><br>   Plaintiff,<br><br>v.<br><br>ETHICON INC. and JOHNSON & JOHNSON,<br><br>   Defendants. | **Civil Action No.** 4:20-cv-03950 |

## **PROPOSED ORDER**

This Order addresses Plaintiff's Unopposed Motion to Continue Hearing. After considering the motion and request, the Court hereby:

GRANTS Plaintiff's Unopposed Motion to Continue Hearing and continues the hearing, currently set for March 22nd, 2022 to April _____, 2022.

IT IS SO ORDERED.

Signed on _____, at Houston, Texas.

                 _____
                 Hon. Charles Eskridge
                 UNITED STATES DISTRICT JUDGE