IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

DEBORAH BARONE,

    Plaintiff,

v.

ETHICON INC. and JOHNSON & JOHNSON,

    Defendants.

**Civil Action No.** 4:20-cv-03950

# ORDER

This Order addresses Plaintiff's Unopposed Motion to Continue Hearing. After considering the motion and request, the Court hereby:

GRANTS Plaintiff's Unopposed Motion to Continue Hearing and continues the hearing, currently set for March 22nd, 2022 to April 14, 2022 at 10:30 a.m.

IT IS SO ORDERED.

Signed on March 18, 2022, at Houston, Texas.

_____
Honorable Alfred H. Bennett
UNITED STATES DISTRICT JUDGE

1